FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 OCT -7 PM 1:33

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT ~~DOUGLAS COUNTY~~

VIOLET GOODWIN

VS.

Timothy Dunning

CASE NO. 8:16 CV 458

1983 CIVIL ACTION

This is a CIVIL ACTION REDRESSING THE DEPRIVATION OF PLAINTIFF'S RIGHTS, PRIVILEGES, AND IMMUNITIES, GRANTED, BY THE UNITED STATES CONSTITUTION, AND THE CONSTITUTION OF THE STATE OF NEBRASKA

-1-

JURISDICTION OF THIS COURT IS INVOKED PURSUANT TO 28 USC AND 42 USC 1983/KU KLUX KLAN ACT OF 1873.

AS THE COURT CAN SEE FROM THE ANNEXED SEPTEMBER 20, 2016, LETTER SENT TO PLAINTIFF FROM THE SHERIFF'S OFFICE, WHEREIN DEFENDANT USES WHAT HE CALLS "BASED ON OUTSIDE INFORMATION OBTAINED THAT CANNOT BE RELEASED IN THIS MANNER, YOU WILL BE DENIED A HANDGUN PURCHASE CERTIFICATE AT THIS TIME", THUS JUSTIFYING DENYING PLAINTIFF A GUN PERMIT WHEN SHE HAS NO FELONY CONVICTION OF ANY KIND AND

2

HAS A 2ND AMENDMENT RIGHT TO BEAR ARMS, AS WELL AS A FIFTH AND FOURTEENTH AMENDMENT RIGHT TO DUE PROCESS AND EQUAL PROTECTION UNDER THE LAW.

THE VAGUE AND EPHEMERAL STATEMENT "ALSO BASED ON OUTSIDE INFORMATION OBTAINED THAT CANNOT BE RELEASED IN THIS MANNER" IN NO WAY SATISFIES THE DUE PROCESS CLAUSES OF THE 5TH AND 14TH AMENDMENT, OR THE EQUAL PROTECTION CLAUSE OF THE 14TH AMENDMENT.

WHEREFORE WE PRAY THAT THE COURT

-3-

WILL DIRECT THE DEFENDANT TO SHOW US THE INFORMATION THAT HE'S TALKING ABOUT WHEN HE SAYS, "ALSO BASED ON OUTSIDE INFORMATION OBTAINED THAT CANNOT BE RELEASED IN THIS MANNER."

2. WE WANT AN INJUNCTION AGAINST DUNNING IN HIS OFFICIAL CAPACITY HAVING ANYTHING TO DO WITH OUR GUN APPLICATION, DUE TO THE FACT, THAT THE EVIDENCE CLEARLY SHOWS THAT DUNNING IS PREJUDICED AND BIASED AGAINST PLAINTIFF AS THE NON-SENSICAL STATEMENT THAT DEFENDANT IS USING "ALSO BASED ON OUTSIDE INFORMATION OBTAINED THAT CANNOT BE RELEASED IN THIS MANNER" TO JUSTIFY DENYING

-4-

us our 2ND AMENDMENT RIGHT TO BEAR ARMS.

THE COURT KNOWS THAT THE 2ND AMENDMENT RIGHT TO BEAR ARMS IS NOT NON-SENSICAL.

PLAINTIFF HAS THREE DEGREES, AN ASSOCIATE, A BACHELOR'S OF CRIMINAL JUSTICE AND A MASTER OF PUBLIC ADMINISTRATION DEGREE AND IS PURSUING A JURIS DOCTORATE AT THIS TIME.

-5-

WE PRAY $10,000,000 DAMAGES FOR VIOLATING OUR RIGHT TO BEAR ARMS, AND WHATEVER ELSE THE COURT DEEMS JUST AND MEET IN THE PREMISES.

PETITIONER IS A PAUPER AND PRAYS LEAVE TO PROCEED IN FORMA-PAUPERIS.

Violet L. Gooden     October 7, 2016
4311 Grand Av
Omaha, Ne.
68111

-7-



# Timothy F. Dunning - Douglas County Sheriff

3601 NORTH 156TH STREET
OMAHA, NEBRASKA 68116-6461
PHONE 402-444-6641

SR# B78762                                    DATE: September 20, 2016

## NOTICE OF DENIAL

Dear: Violet L. Goodwin

    On Thursday, September 15, 2016, you applied for a **State of Nebraska Application to Purchase, Lease, Rent or Receive Transfer of a Handgun**. Pursuant to Nebraska Statutes 69-2401 through 69-2425, you are hereby denied a firearms certificate for the following reason(s):

    You have a Protection Order Violation, Domestic Violence related, on file with the Omaha Police Department dated September 18, 2013. You were ticketed by the Nebraska Humane Society for Animal Care on June 9, 2005. On January 20, 2006 this charge was amended to Animal Cruelty, receiving a $75.00 fine. Also, based on outside information obtained that can not be released in this manner, you will be denied a handgun purchase certificate at this time.

    You may appeal this decision within ten days of receipt of the denial to the County Court of your residence. You must file with the court the specific reasons for the denial by the Sheriff, and a filing fee will be required by law. The court shall issue its decision within thirty days of the filing of an appeal.

    To file an appeal, contact the **Division Manager, Douglas County Court, Civil/Small Claims Division, City-County Building, 1819 Farnam St., Room F O 3, Omaha, Nebraska, 68183. For inquires on an appeal please call 444-5964.**

Sincerely,

TIMOTHY F. DUNNING, Sheriff

*Lt. M Burmeister S-312*

By: Lt. Mary Burmeister
Administrative Services Bureau