IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIOLET GOODWIN,<br><br>      Plaintiff,<br><br>vs.<br><br>TIMOTHY DUNNING,<br><br>      Defendant. | 8:16CV458<br><br>AMENDED SCHEDULING LETTER<br>AND<br>PROGRESSION ORDER |

  This case was randomly assigned to Senior United States District Court Judge Joseph F. Bataillon for disposition, and United States Magistrate Judge Susan M. Bazis for full pretrial supervision.

  Pursuant to Defendant's request for clarification of the scheduling letter entered in this case ([Filing No. 19](#)), the scheduling letter ([Filing No. 16](#)) previously entered in this case is hereby vacated. The following provisions shall govern progression of this case:

  IT IS ORDERED:

  1. All depositions, whether or not they are intended to be used at trial, shall be completed by **May 30, 2017**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before **March 23, 2017**.

  2. All motions to amend the pleadings shall be filed on or before **May 2, 2017**. The parties must comply with the provisions of NECivR when moving to amend the pleadings.

  3. Motions to compel discovery shall be filed on or before **June 13, 2017**. The parties must comply with the provisions of NECivR (i) before filing a motion to compel.

  4. Dispositive Motions. All dispositive motions shall be filed on or before **June 29, 2017**. The parties must comply with the provisions of NECivR and NECivR when filing summary judgment motions.

  5. Pretrial Conference.

    a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR (a)(2). The plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the plaintiff and to any other parties by **August 28,**

       **2017**. The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **September 11, 2017.** Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **September 25, 2017**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

    b. The Final Pretrial Conference will be held before the Magistrate Judge on **November 7, 2017 at 10:00 a.m.** Prior to the pretrial conference, all items as directed in NECivR and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

    c. If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

6. The trial date will be set by the Magistrate Judge at the time of the Final Pretrial Conference.

7. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: Pretrial conference before Magistrate Judge Susan Bazis to be held on **November 7, 2017 at 10:00 a.m.**

Dated this 22nd day of February, 2017.

        BY THE COURT:

        s/ Susan M. Bazis  
        United States Magistrate Judge