# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIOLET GOODWIN, | |
| Plaintiff, | 8:16CV458 |
| vs. | |
| TIMOTHY DUNNING, | **AMENDED PROGRESSION ORDER** |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Extension of Deadlines. ([Filing No. 24](Filing No. 24).) The motion is granted.

**IT IS ORDERED:**

The following provisions shall govern progression of this case:

1. Motions to compel discovery shall be filed on or before **August 13, 2017**. The parties must comply with the provisions of NECivR (i) before filing a motion to compel.

2. Dispositive Motions. All dispositive motions shall be filed on or before **August 29, 2017**. The parties must comply with the provisions of NECivR and NECivR when filing summary judgment motions.

3. Pretrial Conference.

   a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR (a)(2). Plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to Plaintiff and to any other parties by **October 28, 2017**. Plaintiff shall provide additions and/or proposed deletions to defense counsel by **November 11, 2017.** Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the Court no later than **November 25, 2017**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

   b. The Final Pretrial Conference will be held before the undersigned Magistrate Judge on **January 9, 2018, at 11:00 a.m.** Prior to the Final Pretrial Conference, all items as directed in NECivR and full preparation

shall have been completed so that trial may begin at any time following the Pretrial Conference.

c. If Plaintiff is held in an institution, the Final Pretrial Conference will be by telephone. In that case, defense counsel shall contact Plaintiff's institution in advance and arrange to initiate and place the conference call.

4. The trial date will be set by the undersigned Magistrate Judge at the time of the Final Pretrial Conference.

5. The Clerk of Court is directed to set a case management deadline in this case using the following text: Final Pretrial Conference before Magistrate Judge Susan M. Bazis to be held on **January 9, 2018, at 11:00 a.m.**

Dated this 15th day of June, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge