IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIOLET GOODWIN, <br><br>　　　　　　　　Plaintiff, <br><br>vs. <br><br>TIMOTHY DUNNING, and BURMEISTER, Lieutenant; <br><br>　　　　　　　　Defendants. | 8:16CV458 <br><br>ORDER |

This matter is before the Court on Defendant's Motion for Stay or Extension of Deadlines. ([Filing No. 30](#).) Defendant requests that the progression deadlines in this case be stayed or extended pending a ruling on Defendant's recently-filed Motion to Compel. ([Filing No. 26](#).) The motion will be granted.

**IT IS ORDERED** that Defendant's Motion for Stay or Extension of Deadlines ([Filing No. 30](#)) is granted. All case progression deadlines in this matter are stayed pending a ruling on Defendant's Motion to Compel Discovery. ([Filing No. 26](#).) The pretrial conference is hereby continued. New progression deadlines and the date of the pretrial conference will be set following the ruling on Defendant's Motion to Compel. The Clerk of Court is directed to mail a copy of this Order to Plaintiff at her address of record.

Dated this 30th day of August, 2017.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge