IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

VIOLET GOODWIN,

           Plaintiff,

vs.

TIMOTHY DUNNING,

           Defendant.

**8:16CV458**

**FINDINGS AND RECOMMENDATION**

This matter is before the Court on its own motion.

### DISCUSSION

On November 3, 2017, the Court issued an order directing Plaintiff to provide full and complete discovery responses no later than December 1, 2017. (Filing No. 37.) The order advised Plaintiff that failure to provide complete responses "may result in the imposition of sanctions, including a recommendation that this action be dismissed." (*Id*.) The order also set a telephone conference for December 4, 2017. (*Id*.)

Pursuant to the order, a telephone conference was held on December 4, 2017. Defendant's counsel participated in the conference call, but Plaintiff, who is proceeding *pro se*, did not take part in the conference or make any attempt to contact the Court. However, on that date, Plaintiff did file supplemental discovery responses. (Filing No. 39.) A review of the responses reveals that Plaintiff's answers remain wholly insufficient.

Given Plaintiff's failure to participate in the telephone conference as ordered, the Court continued the conference until December 18, 2017 to afford Plaintiff another opportunity to take part in the proceedings. The order resetting the telephone conference advised Plaintiff that "failure to participate in the telephone conference on December 18, 2017 may result in a recommendation that this action be dismissed without further notice." (Filing No. 38.)

The telephone conference was held on December 18, 2017, as ordered. Defendant's counsel participated in the proceedings. Again, however, Plaintiff did not participate in the conference or make any effort to contact the Court.

In light of Plaintiff's failure to diligently prosecute this action and comply with the orders of this Court, including the Court's direction to provide complete discovery responses,

**IT IS HEREBY RECOMMENDED** to Senior United States District Judge Joseph F. Bataillon that this action be dismissed. The Clerk of Court is directed to mail a copy of this Findings and Recommendation to Plaintiff at her address of record.

A party may object to a magistrate judge's order by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. Failure to timely object may constitute a waiver of any objection.

Dated December 20, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge