FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 JAN 26 PM 12:53
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
OF NEBRASKA.

GOODWIN

VS

Dunning

8:16 CV 458
MOTION FOR
SUMMARY JUDGEMENT

WE MOVE FOR SUMMARY JUDGEMENT SHOWING THAT DEFENDANTS HAVE ALREADY CAPITULATED YEAR AGO, AND GIVEN PLAINTIFF HER GUN PERMIT, AND OH MY DO I HAVE TO MENTION WHEN BRITISH WAS BLOCKADE OFF ATLANTIC OF EAST COAST TO HALT FURTHER IMPORTATION, DEGRADATION, HUMILIATION, SUBJUGATION, DISCRIMINATION, MISCEGENATION, ON AFRICAN SLAVES, CITIZENS

-1-

OF CONTINENT ARCHIPELAGO AND NOW AT BAR WE FIND WHITE, WHITE KAREN BAZIS PLAYING WITH A NIG.

THE WHITE MAGISTRATE BAZIS, NEEDS TO GET OFF OUR CASE, BECAUSE OF HER PAST ASSOCIATION, AND PREJUDICED AGAINST MY FATHER, BILLY ROY TYLER, FOR WHATEVER REASONS, WE PRAY APPOINTMENT OF A FAIR, DETACHED, NEUTRAL MAGISTRATE FROM WE PRAY OUTSIDE THIS DISTRICT THAT WE NEVER MET OR EVEN KNOW.

WE PRAY $5,000,000 DAMAGES TO COMPENSATE FOR THE MONEY WE PAID TO GET OUR EDUCATION, THE DISCRIMINATION WE ENDURED FROM LIEUTENANT BURRMEISTER, AND ALL THE JOBS WE APPLIED FOR, PROBATION OFFICER, CHILD AND FAMILY SERVICES, SEVERAL PROBATION JOBS, CORRECTIONAL OFFICER JOBS, THE TIME WE SPENT JUGGLING MY

-2-

FAMILY, GETTING MY EDUCATION, HELPING THE DISADVANTAGED, OUR MULTIPLE RESPONSIBILITIES, WHILE BEING A MEMBER OF THE SOCIALLY AND ECONOMICALLY DEPRIVED CLASS. ~~NOBLESSE~~ "NOBLESSE, OBLIGE"

Violet L. _____                December 28, 2017

4311 Grand Ave
Omaha, Ne. 68111


NEBRASKA         )
DOUGLAS COUNTY ) ss    Affidavit
                 )

I, VIOLET GOODWIN, BEING DULY SWORN, DEPOSE AND STATE THAT, ON OR ABOUT A YEAR AGO,

-3-

DEFENDANTS CAPITULATED AND GAVE PLAINTIFF HER GUN PERMIT. (SEE EXHIBIT A ANNEXED HERETO.)

ONLY THING THAT REMAINS IS FOR DEFENDANT TO AWARD US THE DAMAGES WE ARE ENTITLED TO, FOR THE INJURY, DAMAGES WE INCURRED AS A RESULT OF DEFENDANTS' NEGLIGENCE. WE ARE ENTITLED TO JUDGEMENT AS A MATTER OF LAW BECAUSE DEFENDANTS HAVE A BIZARRE LITTLE SYSTEM IN NEBRASKA WHERE SOME LOW LEVEL FUNCTIONARY, PERFORMED THE FUNCTION OF DENYING PLAINTIFF HER SECOND AMENDMENT RIGHT TO BEAR ARMS, AND DID SO, ~~AND~~, "WILLY-NILLY", SHILLY SHALLY SANS RHYME OR REASON AND NO SPECIAL TRAINING OF ANY KIND, CURRICULAE VITAE, QUALIFICATION OF ANY KIND, QUALIFYING HER TO DEFINITIVELY DECIDE, PLAINTIFF

-4-

A U.S. CITIZEN, HER RIGHT TO BEAR ARMS, GUARANTEED BY THE SECOND AMENDMENT R TO THE UNITED STATES CONSTITUTION. Plaintiff Petitioner answered the interrogatories the best she could. They're irrelevant as to why Burrmeister denied petitioner her Constitutional Rights.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 26th DAY OF ~~DECEMBER~~ January 2018

NOTARY

GENERAL NOTARY - State of Nebraska
ROGER R FAUST
My Comm. Exp. February 7, 2021

-5-

**FIREARM PURCHASE CERTIFICATE**

Applicant's Name: Violet L Goodwin
Address: 4311 Grand Ave
City/State/Zip: Omaha NE 68111
DOB: 10-00-73
Certificate Number: 598696
Signature: Violet L Goodwin
Law Enforcement Signature/Agency: DOUGLAS COUNTY SHERIFF

**STATE OF NEBRASKA**

This is to certify that Violet L Goodwin has complied with the terms and conditions of Neb. Rev. Stat. §§ 69-2401 thru 69-2425. This certificate only authorizes the holder to purchase a firearm within the State of Nebraska.

Date: MAR 00 2017    NTN: 1006MB2P5
Valid for 3 years from above date

EXHIBIT A