IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| VIOLET GOODWIN, | |
|---|---|
| Plaintiff, | 8:16CV458 |
| v. | |
| TIMOTHY DUNNING, and BURMEISTER, Lieutenant; | ORDER |
| Defendants. | |

This matter is before the court on the pro se plaintiff's motion to proceed in forma pauperis on appeal. Filing No. 50. The court has reviewed the motion and her poverty affidavit. The court will grant her request to proceed in forma pauperis on appeal. THEREFORE, IT IS ORDERED THAT plaintiff's motion to proceed in forma pauperis on appeal, Filing No. 50, is granted.

Dated this 3rd day of April, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge